

OCT 16 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>VICTOR MOLINA,<br>Defendant. | No 1:14-MJ-125-SMS<br>ORDER OF RELEASE |

The above named defendant was sentenced on October 15, 2014, to thirty days custody with credit for time served.

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH. A certified Judgment and Commitment order to follow.

DATED: 10/16/14

GARY S. AUSTIN
U.S. MAGISTRATE JUDGE

9/26/96 exonbnd.frm